UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LYNDEN CALLWOOD,

                        Plaintiff(s)

                        **ORDER OF DISMISSAL**
                        CV 10-5096(RJD)

   -v-

THE CITY OF NEW YORK, et al.,

                        Defendant(s)
------------------------------------------------------------X
DEARIE, JUDGE.

      Counsel, having failed to comply with this Court's Order To Show Cause dated May 17, 2011,

      **IT IS HEREBY ORDERED** that this case is dismissed for lack of prosecution.

      The Clerk of the Court is directed to close this case, forthwith.


      **SO ORDERED.**


DATED:    BROOKLYN, NEW YORK
              MAY 26, 2011

                                      s/ Judge Raymond J. Dearie

                                  _____
                                  RAYMOND J. DEARIE
                                  UNITED STATES DISTRICT JUDGE